| | |
|---|---|
| DATE  12/15/2020 | CASE NUMBER  4:20CR358-1 ALM/KPJ |
| LOCATION  Sherman | USA  _____ Assigned |
| JUDGE  Christine A. Nowak | V  Marisa Miller  Appeared |
| DEPUTY CLERK  K. Lee | |
| COURT REPORTER Digital Recording | NEERAJ JINDAL |
| USPO:  L. Dudley | Defendant |
| Interpreter: Not Required | Brendan Gaffney |
| BEGIN: 9:30 a.m. / 9:38 a.m. | Attorney |

☑ INITIAL APPEARANCE
☑ ARRAIGNMENT

☑ Defendant Sworn        ☐ Interpreter Required

☑ Dft appears: ☑ with  ☐ without counsel   ☐ pro se     ☐ Counsel appears on behalf of defendant
☐ Dft signs Consent to Proceed via Videoconference, and defense counsel requests and authorizes Court to affix signature
☑ Date of arrest: 12/15/2020   (Other district court & case #) _____
☑ Dft   ☑ advised of charges, penalties, and rights
☑ Dft first appearance with counsel ☐ CJA appointed ☑ Retained ☐ Federal Public Defender appointed
   Attorney: Brendan Gaffney
☑ Dft   advises the Court that he/she ☑ has counsel: _____ or, ☐ will hire counsel.
☐ Dft   Requests appointed counsel, is sworn & examined re: financial status.
☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ _____ appointed   ☐ U.S. Pub Defender _____ appointed
☐ If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.

☐ Govt motion for detention  ☐ Govt oral motion for continuance    ☐ Oral Order granting ☐ Oral Order denying
☐ Defendant oral motion to continue detention hearing              ☐ Oral Order granting ☐ Oral Order denying
☐ Arraignment set _____
☐ Detention Hrg set _____                                  ☐ Temp Detention Order Pending Hearing
☑ Parties review proposed conditions of release & have no objections.
☑ Order setting conditions of release    ☐ Bond executed
☑ Dft admonished re: failure to comply with conditions.
☐ Dft signed Waiver of Detention Hearing.
☐ Dft remanded to custody of U.S. Marshal.
☐ Dft motion _____
☐ Gvt motion _____

# ARRAIGNMENT

☑ Arraignment held

☑ Dft appears with counsel

☑ Dft    ☑ sworn
          ☑ received copy of charges    ☑ discussed charges with counsel    ☐ charges read
          ☑ waived reading of charges

☑ Rule 5f amendment given

☑ Dft enters a plea of: ☑ not guilty
   to _____Counts 1, 2 of the Indictment_____

☑ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on :
   ___ALM_____Pretrial Date:____2/5/2021_____

☐ _____

☐ _____

☐ Defendant remanded to custody USM        ☑ Defendant RELEASED on conditions of release after out-processing by USM

☐ Recess _____