# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Case Number 4:20CR358 |
| NEERAJ JINDAL (1) <br> JOHN RODGERS (2) | § § § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

The Motion for Continuance filed by Defendant (Dkt. #49) is granted. The Court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1. Defendant's request is made knowingly, intelligently, and voluntarily.

2. The Government has no objection to a continuance.

3. The ends of justice served by granting the Defendant's request outweighs the best interest of the public and the Defendant's in a speedy trial.

4. The continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

5. The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

Defendant's motion is granted, and this case is RESET and specially set for Final Pretrial Conference on April 4, 2022, at 9:00 a.m. with Jury Selection and Trial to begin on April 4, 2022 at 10:00 a.m.

**SIGNED this 3rd day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE