# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 4/4/2022

| **DISTRICT JUDGE**<br>Amos L. Mazzant, III | **COURT REPORTER:** Chris Bickham<br>**COURTROOM DEPUTY:** Keary Conrad |
|---|---|
| United States of America<br><br>v.<br><br>Neeraj Jindal and John Rodgers | 4:20-CR-358 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Matthew Lunder, Jeff Pollack<br>Jariel Rendell, Nathaniel Kummerfield, and Rachel Kroll | Jennifer McCoy, Paul Coggins and Brian Poe<br><br>Defendants: Neeraj Jindal and John Rodgers |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Voir Dire, Jury Selection and Jury Trial - Day 1 |
|---|---|
| 10:05 a.m. | Court in session.  Court notes appearances of the Parties. |
| 10:08 a.m. | Judge addresses the panel. |
| 10:20 a.m. | Government AUSA Matthew Lunder begins initial opening statement. |
| 10:28 a.m. | Defendant's counsel, Paul Coggins begins initial opening statement. |
| 10:35 a.m. | Defendant's counsel, Brian Poe begins initial opening statement. |
| 10:37 a.m. | Judge continues with the panel. |
| 10:49 a.m. | Plaintiff's counsel, Matthew Lunder begins voir dire examination. |
| 11:28 a.m. | Plaintiff's counsel, Matthew Lunder concludes voir dire examination. |
| 11:28 a.m. | Short break. |
| 11:38 a.m. | Defendant's counsel, Paul Coggins begins voir dire examination. |
| 12:11 p.m. | Defendant's counsel, Paul Coggins concludes voir dire examination. |
| 12:13 p.m. | Jury excused for lunch. |
| 12:15 p.m. | Court recess for lunch. |
| 1:30 p.m. | Court re-convened. |
| 1:32 p.m. | Defendant's counsel, Brian Poe begins voir dire examination. |

CASE NO.   4:20CR358        DATE: 4/4/2022

PAGE 2  - PROCEEDINGS CONTINUED:

|            | -                                                                              |
|------------|--------------------------------------------------------------------------------|
| 2:16 p.m.  | Defendant's counsel, Brian Poe concludes voir dire examination.                |
| 2:18 p.m.  | Plaintiff's counsel, Matthew Lunder begins voir dire examination.              |
| 2:20 p.m.  | Plaintiff's counsel, Matthew Lunder concludes voir dire examination.           |
| 2:21 p.m.  | Court recess for strikes.                                                      |
| 3:20 p.m.  | Court re-convened.  Jury seated.  Jury oath administered.                      |
| 3:25 p.m.  | Court reads preliminary instructions.                                          |
| 3:42 p.m.  | Jury excused.                                                                  |
| 3:43 p.m.  | Court adjourned until 9:00 a.m. tomorrow                                       |

DAVID O'TOOLE, CLERK

BY:  *Keary Conrad*
     Courtroom Deputy Clerk