IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

DATE:   4/12/2022

| **DISTRICT JUDGE** | **COURT REPORTER:** Chris Bickham |
|---|---|
| Amos L. Mazzant, III | **COURTROOM DEPUTY:**  Keary Conrad |

| United States of America | |
|---|---|
| v. | 4:20-CR-358 |
| Neeraj Jindal and John Rodgers | |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Matthew Lunder, Jariel Rendell, Spencer Smith, and Rachel Kroll | Jennifer McCoy, Paul Coggins and Brian Poe |
| Special Agent: Jeff Pollack | Defendants: Neeraj Jindal and John Rodgers |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:  Jury Trial - Day 7 |
|---|---|
| 9:12 a.m. | Court in session. Court notes appearance of the Parties. |
| 9:13 a.m. | Jury seated. |
| 9:14 a.m. | Witness, Kajal Jindal reminded she is still under oath.  Defendant Jindals' counsel, Jennifer McCoy continues direct examination of witness, Kajal Jindal. |
| 10:18 a.m. | Jury excused for break. |
| 10:18 a.m. | Court recess for 15 minutes. |
| 10:35 a.m. | Court re-convened.  Jury seated. |
| 10:36 a.m. | Defendant Jindals' counsel, Jennifer McCoy continues direct examination of witness, Kajal Jindal. |
| 10:38 a.m. | Jennifer McCoy refers witness, Kajal Jindal to Government's Exhibits 12, 1, 4, 22, 25, 89, 35b, and 21b. |
| 11:17 a.m. | Jennifer McCoy moves to admit Government Exhibit 30.  No objection.  Government Exhibit 31 is admitted. |
| 11:40 a.m. | Pass the witness.  Defendant Rodgers' counsel, Brian Poe begins examination of witness, Kajal Jindal. |
| 11:56 a.m. | Pass the witness.  Jury excused for lunch. |

CASE NO.  4:20CR358     DATE: 4/12/2022
PAGE 2  - PROCEEDINGS CONTINUED:

| 11:57 a.m. | Court hears from Government regarding waiver of spousal privilege.  Court hears from defense regarding privilege.  Attorney-client privilege is not included. |
|---|---|
| 11:59 a.m. | Court recess for lunch. |
| 1:00 p.m. | Court re-convened.  Jury seated. |
| 1:02 p.m. | Government AUSA Jariel Rendell begins cross examination of witness, Kajal Jindal. |
| 1:08 p.m. | Government AUSA Jariel Rendell refers witness, Kajal Jindal to Government Exhibits 70C, 21A, 96, 97, 33, 61, 9, 22, 82, 62, and 73A. |
| 2:26 p.m. | Pass the witness.  Defendant Jindals' counsel, Jennifer McCoy begins re-direct examination of witness, Kajal Jindal. |
| 2:40 p.m. | Pass the witness. Court polls the jury for questions for the witness.  Bench conference. |
| 2:42 p.m. | Court asks questions of the witness from the jury. |
| 2:43 p.m. | Defendant Jindals' counsel, Jennifer McCoy follow up question. |
| 2:44 p.m. | Witness excused. |
| 2:45 p.m. | Defendant Rodgers' counsel, Brian Poe calls Joni Issac.  Witness placed under oath.  Defendant Rodgers' counsel, Brian Poe begins direct examination of witness, Joni Isaac. |
| 2:53 p.m. | Pass the witness.  Defendant Jindals' counsel, Jennifer McCoy begins examination of witness, Joni Isaac. |
| 2:54 p.m. | Government AUSA Rachel Kroll begins cross examination of witness, Joni Isaac. |
| 2:59 p.m. | Government AUSA Rachel Kroll refers witness, Joni Isaac to Government Exhibits 1 and 4. |
| 3:00 p.m. | Pass the witness. |
| 3:00 p.m. | Defendant Rodgers' counsel, Brian Poe begins further examination of witness, Joni Isaac. |
| 3:01 p.m. | Pass the witness.  Court polls the jury for questions from the jury of the witness. |
| 3:03 p.m. | Court asks questions from the jury to the witness. |
| 3:03 p.m. | Witness excused. |
| 3:04 p.m. | Jury excused for 15 minute break. |
| 3:05 p.m. | Court recess for 15 minutes. |
| 3:21 p.m. | Defendant Rodgers' counsel, Brian Poe calls Paul Previte.  Witness placed under oath.  Defendant Rodgers' counsel, Brian Poe begins direct examination of witness, Paul Previte. |

CASE NO.   4:20CR358        DATE: 4/12/2022
PAGE 3  - PROCEEDINGS CONTINUED:

| 3:32 p.m. | Pass the witness.  Government AUSA Jariel Rendell begins cross examination of witness, Paul Previte. |
|---|---|
| 3:39 p.m. | Government AUSA Jariel Rendell refers witness, Paul Previte to Government Exhibit 97. |
| 3:43 p.m. | Pass the witness.   Defendant Rodgers' counsel, Brian Poe begins re-direct examination of witness, Paul Previte. |
| 3:44 p.m. | Pass the witness.  Court polls the jury for questions of the witness.  Bench conference. |
| 3:49 p.m. | Court asks questions from the jury of the witness. |
| 3:50 p.m. | Defendant Jindal rests.  Defendant Rodgers' rests. |
| 3:50 p.m. | Government closes.  Defendant Jindal and Rodgers' close. |
| 3:50 p.m. | Jury excused for the day and is advised to re-convene at 8:30 a.m.  Court advises the jurors that the Court will provide lunch for the jurors tomorrow. |
| 3:53 p.m. | Court adjourned for in chambers charge conference. |
| 4:45 p.m. | Court re-convened.  Court notes both Defendants are present. Court will take up objections by either side to the charge. |
| 4:46 p.m. | Court hears from AUSA Matthew Lunder that the Government has no objections to the charge. |
| 4:46 p.m. | Court hears from Defendant Jindals' counsel, Jennifer McCoy regarding objections to the charge.  Court hears from Defendant Rodgers' counsel, Brian Poe who adopts the Defendant Jindals' objections. |
| 4:50 p.m. | Court overrules the Defendants objections. |
| 4:50 p.m. | Defendant Rodgers' counsel, Brian Poe asks questions of Defendant Rodgers (after being placed under oath) regarding testifying at trial. |
| 4:51 p.m. | Defendant Jindals' counsel, Paul Coggins asks questions of Defendant Jindal (after being placed under oath) regarding testifying at trial. |
| 4:52 p.m. | Court will email new copies of the jury instructions to the parties. |

| 4:54 p.m. | Parties discuss admission of Rodgers Exhibit 13.  Parties reach an agreement.  Parties will agree to those pages. |
|---|---|
| 4:55 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk