IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:20-CR-358-1 |
| | § | JUDGE MAZZANT |
| NEERAJ JINDAL (1) | § | |
| | § | |
| | § | |

**MOTION TO WITHDRAW AS ATTORNEY**

The United States respectfully requests that the undersigned attorney, Spencer D. Smith, be permitted to withdraw as co-counsel in this matter. The undersigned is leaving the United States Department of Justice. The United States is represented by other attorneys from the Department, and there would be no prejudice to any party or to the Court caused by this withdrawal. Defendant Jindal does not oppose this motion.

Wherefore, the United States respectfully requests that the undersigned attorney be permitted to withdraw.

Dated: May 2, 2022

        Respectfully submitted,

        */s/ Spencer D. Smith*

        MATTHEW W. LUNDER
        Bar No. MT 8671
        Email:  matthew.lunder@usdoj.gov

        JARIEL A. RENDELL
        Bar No. DC 1027023
        Email:  jariel.rendell@usdoj.gov

        RACHEL KROLL
        Bar No. NY 5751748
        Email:  rachel.kroll@usdoj.gov

        SPENCER D. SMITH
        Bar No. DC 1720226
        Email:  spencer.smith@usdoj.gov

        Trial Attorneys
        U.S. Department of Justice
        Antitrust Division
        450 Fifth Street, N.W., Suite 11300
        Washington, DC 20530
        (202) 476-0275

        COUNSEL FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically served a true and correct copy of this document on Defendant Jindal's counsel of record by means of the Court's CM-ECF system.

                                                  */s/ Spencer D. Smith*
                                                  Spencer D. Smith

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 28, 2022, I conferred with Defendant Jindal's counsel regarding this motion, and counsel indicated that Defendant Jindal does not oppose the motion.

                                                  */s/ Spencer D. Smith*
                                                  Spencer D. Smith