**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | NO. 4:20-CR-00358-ALM |
| | § | |
| NEERAJ JINDAL (1) | § | |
| | § | |

**ORDER GRANTING DEFENDANT JINDAL'S *UNOPPOSED* MOTION FOR
EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT**

Before the Court is Defendant Neeraj Jindal's Unopposed Motion for Extension of Time
to File Objections to Presentence Report (Dkt. #147). The Court finds the motion should be, and
hereby is, GRANTED. Defendant's objections to the Presentence Investigation Report shall
now be filed on or before September 6, 2022.

**IT IS SO ORDERED.**

**SIGNED this 19th day of August, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE