# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 24, 2023

Mr. David O'Toole  
Eastern District of Texas, Sherman  
101 E. Pecan Street  
Federal Building  
Room 216  
Sherman, TX 75090-0000

     No. 22-40829   USA v. Jindal  
                         USDC No. 4:20-CR-358-1

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Dantrell Johnson*

                        By: _____  
                        Dantrell L. Johnson, Deputy Clerk  
                        504-310-7689

cc w/encl:  
    Ms. Yixi (Cecilia) Cheng  
    Mr. Neeraj Jindal  
    Mr. Nathaniel Christopher Kummerfeld  
    Mr. Jariel A. Rendell  
    Mr. Stratton Christopher Strand

# United States Court of Appeals
## for the Fifth Circuit

No. 22-40829

A True Copy
Certified order issued Jan 24, 2023

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

NEERAJ JINDAL,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:20-CR-358-1

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 24, 2023, for want of prosecution. The Appellant failed to timely comply with the Court's notice of December 22, 2022.

No. 22-40829

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT